PD-1690-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

NO _____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

DAVID SMITH

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DEC 3 0 2015

Abel Acosta, Clerk

FROM APPEAL NO. 02-15-00053-CR

TRIAL CAUSE NO. 1333660 D

TARRANT County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, DAVID SMITH, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Appellant shows the Court the following:

## I.

The Petitioner was convicted in the 3rd District Court of TARRANT County, Texas of the offense of Possession of a Controlled Substance of Four Grams or More, but less than 200 grams, namely Herion in Cause No. 1333660 D Styled State of Texas vs. DAVID SMITH. The Petitioner Appealed to the Court of Appeals Second Supreme Judicial District. The case was Affirmed on December 3, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is January 2, 2016. The Petitioner has not Requested any extention prior to this Request.

## III.

Petitioner's Request for an extention is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in Affirming his Case until December 14, 2015. Since that time Petitioner has been Attempting to gain legal Representation in this matter. His Attorney on the Appeal, Steve James, has informed Petitioner that he will not Represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this Motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 02-15-00053-CR, to Feb. 12, 2016                .

Petitioner, Pro Se
Texas Department of Criminal Justice
Dick Ware Unit
TDCJ-ID # 2010268
Colorado City, Texas 79512

(2)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extention of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, To the Attorney for State, SHAREN WILSON , at 401 W. Belknap, Ft. Worth, Texas , And to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 22nd day of December 20 15 .

David Smith
Petitioner, Pro se

I, David Smith, TDCJ# 2010208 , being presently incarcerated in the DICK WARE Unit of the Texas Department of Criminal Justice in Mitchell County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 22nd day of December , 20 15 .

, TDCJ# 2010208